IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Riley, Donnie | Case Number: 05 B 39276 |
|---|---|---|
| | Riley, Barbara | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | Filed: 9/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 24, 2008
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,635.00 |  |
| Secured: |  | 9,456.76 |
| Unsecured: |  | 4,503.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 940.08 |
| Other Funds: |  | 535.00 |
| Totals: | 17,635.00 | 17,635.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,200.00 | 2,200.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 9,456.76 | 9,456.76 |
| 4. | Capital One | Unsecured | 49.16 | 120.77 |
| 5. | Beta Finance Co | Unsecured | 0.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 173.83 | 427.13 |
| 7. | Wells Fargo Fin Acceptance | Unsecured | 66.86 | 164.28 |
| 8. | Midnight Velvet | Unsecured | 75.15 | 184.67 |
| 9. | ECast Settlement Corp | Unsecured | 215.73 | 530.15 |
| 10. | Provident Hospital | Unsecured | 271.60 | 667.34 |
| 11. | ECast Settlement Corp | Unsecured | 442.31 | 1,086.88 |
| 12. | Provident Hospital | Unsecured | 450.41 | 1,106.69 |
| 13. | St Margaret Mercy Hospital | Unsecured | 87.60 | 215.25 |
| 14. | Blair | Unsecured |  | No Claim Filed |
| 15. | Arizona Mail Order | Unsecured |  | No Claim Filed |
| 16. | Fingerhut Corporation | Unsecured |  | No Claim Filed |
| 17. | Blair | Unsecured |  | No Claim Filed |
| 18. | Direct Tv | Unsecured |  | No Claim Filed |
| 19. | Metro Infectious Disease Consu | Unsecured |  | No Claim Filed |
| 20. | Nicor Gas | Unsecured |  | No Claim Filed |
| 21. | St Margaret Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,489.41 | $ 16,159.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Riley, Donnie
Riley, Barbara
Printed: 01/22/09

Case Number: 05 B 39276
Judge: Wedoff, Eugene R
Filed: 9/22/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 207.62 |
| 5% | 77.00 |
| 4.8% | 137.28 |
| 5.4% | 308.87 |
| 6.5% | 144.24 |
| 6.6% | 65.07 |
|  | $ 940.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

